SUSAN S. MUCK (CSB NO. 126930)
smuck@fenwick.com
CATHERINE KEVANE (CSB NO. 215501)
ckevane@fenwick.com
JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

RONNIE SOLOMON (CSB NO. 284923)
rsolomon@fenwick.com
Silicon Valley Center, 801 California Street
Mountain View, California 94041
Phone: 650.988.8500
Fax: 650.938.5200

Attorneys for Defendants Vocera Communications, Inc., Robert J. Zollars, Brent D. Lang, Martin J. Silver, William R. Zerella, Brian D. Ascher, John B. Grotting, Jeffrey H. Hillebrand, Howard E. Janzen, John N. McMullen, Hany M. Nada, and Donald F. Wood

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BRADO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VOCERA COMMUNICATIONS, INC., ROBERT J. ZOLLARS, BRENT D. LANG, MARTIN J. SILVER, WILLIAM R. ZERELLA, BRIAN D. ASCHER, JOHN B. GROTTING, JEFFREY H. HILLEBRAND, HOWARD E. JANZEN, JOHN N. MCMULLEN, HANY M. NADA, DONALD F. WOOD, J.P. MORGAN SECURITIES LLC, PIPER JAFFRAY & CO., ROBERT W. BAIRD & CO. INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., WELLS FARGO SECURITIES, LLC, and LEERINK SWANN LLC,<br><br>Defendants. | Case No. CV 13-03567 EMC<br><br>**STIPULATION REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND [PROPOSED] ORDER RELATING CASES**<br><br>(Civil L.R. 3-12)<br><br>Judge: The Honorable Edward M. Chen<br><br>Date Action Filed: August 1, 2013 |

WHEREAS, on August 1, 2013 plaintiff Michael Brado filed a complaint alleging violations of the federal securities laws against Vocera Communications, Inc., ("Vocera" or the "Company"), certain individual officers and directors of the Company, and certain investment banks that served as underwriters with respect to the Company's initial public offering, captioned *Brado v. Vocera Communications, Inc. et al.*, Case No. CV-13-03567 EMC ("*Brado*"); and

WHEREAS, on August 21, 2013 plaintiff Dale Duncan filed a complaint for violation of the federal securities laws against the same defendants, captioned *Duncan v. Vocera Communications, Inc. et al.,* Case No. CV-13-03872 JST ("*Duncan*"); and

WHEREAS, the *Brado* action is currently assigned to the Honorable Edward M. Chen, while the subsequent *Duncan* action is assigned to the Honorable Jon S. Tigar; and

WHEREAS the parties believe the actions should be related because (1) they involve substantially the same parties, property, transactions and events; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges:

IT IS ACCORDINGLY STIPULATED, pursuant to Civil Local Rules 3-12, 7-11 and 7-12, by and between undersigned counsel for the parties, that the *Duncan* action should be related to the first-filed *Brado* action.

Dated: September 11, 2013     FENWICK & WEST LLP

By: /s/ *Jennifer C. Bretan*
     Jennifer C. Bretan, Esq.

555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Vocera Communications, Inc., Robert J. Zollars, Brent D. Lang, Martin J. Silver, William R. Zerella, Brian D. Ascher, John B. Grotting, Jeffrey H. Hillebrand, Howard E. Janzen, John N. McMullen, Hany M. Nada, and Donald F. Wood

| | | |
|---|---|---|
| 1 | Dated: September 11, 2013 | HOGAN LOVELLS US LLP |
| 2 | | By: /s/ *Norman J. Blears* |
| | | Norman J. Blears, Esq. |
| 3 | | |
| 4 | | 525 University Avenue, 4th Floor<br>Palo Alto, CA 94301<br>Phone: (650) 463-4001 |
| 5 | | Fax: (650) 463-4199 |
| 6 | | Attorneys for Defendants J.P. Morgan Securities LLC, Piper Jaffray & Co., Robert W. Baird & Co. Incorporated, William Blair & Company, L.L.C., Wells Fargo Securities, LLC, and Leerink Swann LLC |
| 7 | | |
| 8 | | |
| 9 | Dated: September 11, 2013 | SCOTT+SCOTT, ATTORNEYS AT LAW, LLP |
| 10 | | By: /s/ *Hal Cunningham*<br>Hal Cunningham, Esq. |
| 11 | | 1925 Century Park East, Suite 2100 |
| 12 | | Los Angeles, CA 90067<br>Phone: (310) 201-9150 |
| 13 | | Fax: (310) 201-9160 |
| 14 | | Attorneys for Plaintiff Michael Brado |
| 15 | Dated: September 11, 2013 | GLANCY BINKOW & GOLDBERG LLP |
| 16 | | By: /s/ *Robert Prongay*<br>Robert Prongay, Esq. |
| 17 | | |
| 18 | | 1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Phone: (310) 201-9150 |
| 19 | | Fax: (310) 201-9160 |
| 20 | | Attorneys for Plaintiff Dale Duncan |
| 21 | Pursuant to Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation. | |
| 22 | Dated: September 11, 2013 | By: /s/ *Jennifer C. Bretan*<br>Jennifer C. Bretan |

\* \* \*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/17/13

APPROVED

Judge Edward M. Chen
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER RELATING CASES     2     CASE NO. CV-13-03567 EMC

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO