SUSAN S. MUCK (CSB NO. 126930)
smuck@fenwick.com
CATHERINE KEVANE (CSB NO. 215501)
ckevane@fenwick.com
JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

RONNIE SOLOMON (CSB NO. 284923)
rsolomon@fenwick.com
Silicon Valley Center, 801 California Street
Mountain View, California 94041
Phone: 650.988.8500
Fax: 650.938.5200

Attorneys for Defendants Vocera Communications,
Inc., Robert J. Zollars, Brent D. Lang, Martin J. Silver,
William R. Zerella, Brian D. Ascher, John B. Grotting,
Jeffrey H. Hillebrand, Howard E. Janzen, John N.
McMullen, Hany M. Nada, and Donald F. Wood

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE VOCERA COMMUNICATIONS, INC. SECURITIES LITIGATION | Master File No.  3:13-cv-03567 EMC  <br> CLASS ACTION |
| This Document Relates To: <br><br> All Actions. | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Judge: The Honorable Edward M. Chen <br><br> Date Action Filed:  August 1, 2013 |

WHEREAS, the above-captioned consolidated action is a proposed class action alleging violations of the federal securities laws against Vocera Communications, Inc., certain individual officers and directors of the Company, and certain investment banks that served as underwriters in connection with the Company's initial public offering (collectively, "Defendants");

WHEREAS, on September 23, 2013, this Court issued an order resetting the date for the initial case management conference from October 31, 2013 to January 23, 2014;

WHEREAS, on November 20, 2013, this Court issued an order appointing Baltimore County Employees' Retirement System and Arkansas Teacher Retirement System (together, the "Retirement Systems") as Lead Plaintiff, and approving the selection of Lead Plaintiff's counsel;

WHEREAS, Lead Plaintiff and Defendants are in the process of meeting and conferring on a proposed schedule for the filing of a consolidated complaint and associated briefing schedule in connection with Defendants' anticipated motion(s) to dismiss the consolidated complaint;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, Pub.L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), unless otherwise ordered by the Court, discovery in this action is stayed during the pendency of any motion to dismiss (15 U.S.C. § 78u-4(b)(3)(B)); and

WHEREAS, counsel in the above-captioned action respectfully submit that good cause exists to vacate the existing January 23, 2014 initial case management conference and associated ADR deadlines until and unless such time as the consolidated complaint has been filed and this matter survives any motion(s) to dismiss;

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the parties, that:

i. Pursuant to Civil L.R. 16-2, the Initial Case Management Conference scheduled for January 23, 2014 be vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules, to be rescheduled for a date that is 30 days after entry of a Court order ruling on Defendants' anticipated motion(s) to dismiss the consolidated complaint, or such other date as the Court shall determine to be appropriate; and

ii. all associated ADR Multi-Option Program deadlines likewise be deferred.

| STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE | 1 | MASTER FILE NO. 3:13-cv-03567 EMC |
|---|---|---|

| | | |
|---|---|---|
| 1 | Dated: January 7, 2014 | FENWICK & WEST LLP |
| 2 | | By: /s/ *Jennifer C. Bretan* |
| 3 | | Jennifer C. Bretan, Esq. |
| 4 | | 555 California Street, 12th Floor<br>San Francisco, California  94104<br>Telephone:  (415) 875-2300 |
| 5 | | Facsimile:   (415) 281-1350 |
| 6 | | Attorneys for Vocera Communications, Inc., Robert J. Zollars, Brent D. Lang, Martin J. Silver, William R. Zerella, Brian D. Ascher, John B. Grotting, Jeffrey H. Hillebrand, Howard E. Janzen, John N. McMullen, Hany M. Nada, and Donald F. Wood |
| 7 | | |
| 8 | | |
| 9 | Dated: January 7, 2014 | HOGAN LOVELLS US LLP |
| 10 | | By: /s/ *Matthew J. Dolan* |
| 11 | | Matthew J. Dolan, Esq. |
| 12 | | 4085 Campbell Avenue<br>Suite 100 |
| 13 | | Menlo Park, CA 94025<br>Phone: (650) 463-4000<br>Fax: (650) 463-4199 |
| 14 | | |
| 15 | | Attorneys for Defendants J.P. Morgan Securities LLC, Piper Jaffray & Co., Robert W. Baird & Co. Incorporated, William Blair & Company, L.L.C., Wells Fargo Securities, LLC, and Leerink Swann LLC |
| 16 | | |
| 17 | Dated: January 7, 2014 | LABATON SUCHAROW LLP |
| 18 | | By: /s/ *Michael W. Stocker* |
| 19 | | Michael W. Stocker, Esq. |
| 20 | | 140 Broadway<br>New York, New York 10005<br>Telephone: (212) 907-0700 |
| 21 | | Facsimile: (212) 818-0477 |
| 22 | | Counsel for Lead Plaintiff Baltimore County Employees' Retirement System and Arkansas Teacher Retirement System |
| 23 | | |
| 24 | | ROBBINS GELLER RUDMAN & DOWD LLP |
| 25 | | Post Montgomery Center<br>One Montgomery Street, Suite 1800 |
| 26 | | San Francisco, California 94104<br>Telephone: (415) 288-4545 |
| 27 | | Facsimile: (415) 288-4534 |
| 28 | | Liaison Counsel for Lead Plaintiff |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE    2    MASTER FILE NO.  3:13-cv-03567 EMC

Pursuant to Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: January 7, 2014                    By: /s/ *Jennifer C. Bretan*
                                              Jennifer C. Bretan

\*\*\*
**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  CMC is reset for 4/24/14 at 9:00 a.m. A joint CMC statement shall be filed by 4/17/14.

Dated: 1/9/14                             Hon. Edward M. Chen
                                          United States District Court Judge

[Court seal stamp: "IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen"]

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE        3        MASTER FILE No. 3:13-cv-03567 EMC

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO