SHAWN A. WILLIAMS (CSB No. 213113)
ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
Email: shawnw@rgrdlaw.com

*Liaison Counsel for Lead Plaintiff*

JOSEPH A. FONTI (*Pro hac* pending)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jfonti@labaton.com

*Lead Counsel for Lead Plaintiff Baltimore County Employees' Retirement System and Arkansas Teacher Retirement System*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE VOCERA COMMUNICATIONS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Master File No.  3:13-cv-03567 EMC<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PRO~~POS~~ED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SCHEDULING OF MOTION**<br><br>Judge: The Honorable Edward M. Chen<br><br>Date Action Filed:  August 1, 2013 |

WHEREAS, the above-captioned consolidated action is a proposed class action alleging violations of the federal securities laws against Vocera Communications, Inc., certain individual officers and directors of the Company, and certain investment banks that served as underwriters in connection with the Company's initial public offering (collectively, "Defendants");

WHEREAS, on January 1, 2014, this Court issued an order resetting the date for the initial case management conference from January 23, 2014 to April 24, 2014 (ECF No. 65);

WHEREAS, on November 20, 2013, this Court issued an order appointing Baltimore County Employees' Retirement System and Arkansas Teacher Retirement System (together, the "Retirement Systems") as Lead Plaintiff, and approving the selection of Lead Plaintiff's counsel;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, Pub.L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), unless otherwise ordered by the Court, discovery in this action is stayed during the pendency of any motion to dismiss (15 U.S.C. § 78u-4(b)(3)(B));

WHEREAS, Lead Plaintiff, in furtherance of its efforts to investigate the matter, intends to file a motion with the Court concerning the use of information that Defendants maintain is confidential and/or subject to certain agreements (the "Motion").  The Parties have conferred with respect to this Motion and have agreed to notice a hearing date of July 10, 2014, and a related briefing schedule set forth below;

WHEREAS, the resolution of the Motion will impact the filing of the consolidated complaint.  Accordingly, the Parties shall meet and confer and submit to the Court a schedule for the filing of the consolidated complaint and related dispositive motion practice promptly upon the Court's resolution of the Motion; and

WHEREAS, in view of the Motion, the Reform Act's stay of discovery, the uncertain timing of filing of the consolidated complaint and the resolution of any dispositive motions related thereto, the Parties agree that good cause exists to vacate the existing April 24, 2014 initial case management conference and associated ADR deadlines until and unless such time as the consolidated complaint has been filed and the Court rules on any motion(s) to dismiss.

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the parties, that:

i. Lead Plaintiff shall file the Motion on or before April 22, 2014; Defendants shall file an opposition on or before May 22, 2014; and Lead Plaintiff shall file a reply on or before June 5, 2014.  The Motion shall be noticed for hearing on July 10, 2014.

ii. Pursuant to Civil L.R. 16-2, the Initial Case Management Conference scheduled for April 24, 2014 be vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules, to be rescheduled for a date that is 30 days after entry of a Court order ruling on Defendants' anticipated motion(s) to dismiss the consolidated complaint, or such other date as the Court shall determine to be appropriate; and all associated ADR Multi-Option Program deadlines likewise be deferred.

Dated: March 28, 2014

ROBBINS GELLER RUDMAN & DOWD LLP

By: /s/ *Shawn A. Williams*
　　　Shawn A. Williams, Esq.

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Liaison Counsel for Lead Plaintiff

Dated: March 28, 2014

LABATON SUCHAROW LLP

By: /s/ *Joseph A. Fonti*
　　　Joseph A. Fonti, Esq.

140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Lead Counsel for Lead Plaintiff Baltimore County Employees' Retirement System and Arkansas Teacher Retirement System

| | | |
|---|---|---|
| 1 | Dated: March 28, 2014 | FENWICK & WEST LLP |
| 2 | | By: /s/ *Jennifer C. Bretan* |
| 3 | | Jennifer C. Bretan, Esq. |
| 4 | | 555 California Street, 12th Floor<br>San Francisco, California  94104<br>Telephone:  (415) 875-2300 |
| 5 | | Facsimile:   (415) 281-1350 |
| 6 | | Attorneys for Vocera Communications, Inc., Robert J. Zollars, Brent D. Lang, Martin J. Silver, William R. Zerella, Brian D. Ascher, John B. Grotting, Jeffrey H. Hillebrand, Howard E. Janzen, John N. McMullen, Hany M. Nada, and Donald F. Wood |
| 9 | Dated: March 28, 2014 | SIMPSON THACHER & BARTLETT LLP |
| 10 | | By: /s/ *Simona G. Strauss* |
| 11 | | Simona G. Strauss, Esq. |
| 12 | | 2475 Hanover Street<br>Palo Alto, CA 94304<br>Phone: (650) 251-5000 |
| 13 | | Fax: (650) 251-5002 |
| 14 | | Attorneys for Defendants J.P. Morgan Securities LLC, Piper Jaffray & Co., Robert W. Baird & Co. Incorporated, William Blair & Company, L.L.C., Wells Fargo Securities, LLC, and Leerink Swann LLC |

Pursuant to Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: March 28, 2014                                              By:  /s/ *Shawn A. Williams*
                                                                        Shawn A. Williams

* * *
**[PR~~OPOSE~~D] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The CMC is reset for 8/28/14 at 9:00 a.m. A joint CMC statement shall be filed by 8/21/14.

Dated: April 1, 2014
                                                                        Hon. Edward M. Chen
                                                                        United States District Court Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC AND SCHEDULING OF
MOTION                                        3                       MASTER FILE NO. 3:13-cv-03567 EMC

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 28, 2014.

s/ Shawn A. Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:shawn@rgrdlaw.com

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND SCHEDULING OF MOTION - 4

MASTER FILE NO.  3:13-cv-03567 EMC

## Mailing Information for a Case 3:13-cv-03567-EMC Brado v. Vocera Communications Inc et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Norman J. Blears**
  nblears@sidley.com,sfocket@sidley.com

- **Jennifer Corinne Bretan**
  jbretan@fenwick.com,mbafus@fenwick.com,kayoung@fenwick.com,pnichols@fenwick.com,ckevane@fenwick.com

- **Joseph Daniel Cohen**
  jcohen@scott-scott.com

- **Hal Davis Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **Matthew James Dolan**
  mdolan@sidley.com,sfdocket@sidley.com

- **Catherine Duden Kevane**
  ckevane@fenwick.com,pnichols@fenwick.com,knesbit@fenwick.com,kdeleon@fenwick.com

- **Amber L. Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,RobynS@zhlaw.com

- **Joseph A. Fonti**
  jfonti@labaton.com

- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,edewan@scott-scott.com,tcrockett@scott-scott.com,efile@scott-scott.com

- **Susan Samuels Muck**
  smuck@fenwick.com,vsheehan@fenwick.com,kayoung@fenwick.com,rchang@fenwick.com,jbretan@fenwick.com,jmontanefalgout@fenwick.com,pnichols@fenwick

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **David R. Scott**
  drscott@scott-scott.com

- **Ronnie Solomon**
  rsolomon@fenwick.com,mguidoux@fenwick.com

- **Michael Walter Stocker**
  mstocker@labaton.com,drogers@labaton.com,lmehringer@labaton.com

- **Simona Gurevich Strauss**
  sstrauss@stblaw.com,twong@stblaw.com,niels.melius@stblaw.com,janie.franklin@stblaw.com,sblake@stblaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Stephen          J. Teti
Scott + Scott
156 South Main Street
P.O. Box 192
Colchester, CT 06415
```