# Exhibit A

## Filed Under Seal
## Motion Pending