1  JOEL H. BERNSTEIN
   JOSEPH A. FONTI
2  **LABATON SUCHAROW LLP**
   140 Broadway
3  New York, New York 10005
   Telephone: (212) 907-0700
4  Facsimile: (212) 818-0477
   Email: jbernsetin@labaton.com
5  Email: jfonti@labaton.com

6  *Lead Counsel for the Class, and*
   *Counsel for Baltimore County Employees'*
7  *Retirement System and Arkansas Teacher*
   *Retirement System*
8
   JAMES WAGSTAFFE (95535)
9  MICHAEL VON LOEWENFELDT (178665)
   **KERR & WAGSTAFFE LLP**
10 101 Missions Street, 18th Floor
   San Francisco, CA 94105–1528
11 Telephone: (415) 371-8500
   Fax: (415) 371-0500
12 Email: wagstaffe@kerrwagstaffe.com
   Email: mvl@kerrwagstaffe.com
13
   *Counsel for Baltimore County Employees'*
14 *Retirement System and Arkansas Teacher*
   *Retirement System*

15

16

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19                        **SAN FRANCISCO DIVISION**

20

| 21 | IN RE VOCERA COMMUNICATIONS, INC. SECURITIES LITIGATION | Case No. 3:13-cv-03567 EMC |
|---|---|---|
| 22 | | CLASS ACTION |
| 23 | This Document Relates To: | **STIPULATION AND [PR~~OPOS~~ED] ORDER EXTENDING TIME TO FILE REPLY BRIEF** |
| 24 | All Actions. | |
| 25 | | |
| 26 | | Judge: The Hon. Edward M. Chen |
| 27 | | Date Action Filed: August 1, 2013 |
| 28 | | |

1     WHEREAS, Lead Plaintiff's Motion To Limit The Scope Of Confidentiality Agreements
2 Signed By Former Vocera Employees And For In Camera Review Of Documents is scheduled to
3 come before the Court on July 10, 2014;

4     WHEREAS, Lead Plaintiff filed the Motion on April 22, 2014;

5     WHEREAS, Defendant filed an opposition on May 22, 2014;

6     WHEREAS, the current deadline for Lead Plaintiff to file a reply brief is June 5, 2014;

7     WHEREAS, to accommodate conflicts in the work and personal schedules of Lead
8 Plaintiff's counsel, Lead Plaintiff has asked, and Defendants have agreed, that Lead Plaintiff may
9 have until June 19, 2014 to file a reply brief; and

10    WHEREAS, a June 19, 2014 reply filing date will provide the Court with three weeks to
11 review the motion instead of the two weeks required by the Local Rules;

12    IT IS ACCORDINGLY STIPULATED that the deadline for Lead Plaintiff to file a reply
13 brief should be extended from June 5, 2014 to June 19, 2014.

Dated: June 3, 2014                    LABATON SUCHAROW LLP

                                       By: /s/ *Joseph A. Fonti*
                                              Joseph A. Fonti, Esq.

                                       140 Broadway
                                       New York, New York 10005
                                       Telephone: (212) 907-0700
                                       Facsimile: (212) 818-0477

                                       Lead Counsel for Lead Plaintiff Baltimore County
                                       Employees' Retirement System and Arkansas
                                       Teacher Retirement System

Dated: June 3, 2014                    FENWICK & WEST LLP

                                       By: /s/ *Jennifer C. Bretan*
                                              Jennifer C. Bretan, Esq.

                                       555 California Street, 12th Floor
                                       San Francisco, California 94104
                                       Telephone: (415) 875-2300
                                       Facsimile: (415) 281-1350

                                       Attorneys for Vocera Communications, Inc., Robert J.
                                       Zollars, Brent D. Lang, Martin J. Silver, William R.
                                       Zerella, Brian D. Ascher, John B. Grotting, Jeffrey H.
                                       Hillebrand, Howard E. Janzen, John N. McMullen,
                                       Hany M. Nada, and Donald F. Wood

1  Dated: June 3, 2014                              SIMPSON THACHER & BARTLETT LLP

2                                                              By: /s/  *Simona G. Strauss*
                                                                       Simona G. Strauss, Esq.
3
                                                                       2475 Hanover Street
4                                                                      Palo Alto, CA 94304
                                                                       Phone: (650) 251-5000
5                                                                      Fax: (650) 251-5002

6                                                              Attorneys for Defendants J.P. Morgan Securities LLC,
                                                               Piper Jaffray & Co., Robert W. Baird & Co.
7                                                              Incorporated, William Blair & Company, L.L.C., Wells
                                                               Fargo Securities, LLC, and Leerink Partners LLC
8

9  Pursuant to Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

10 Dated: June 3, 2014                              By: /s/ *Joseph A. Fonti*
                                                         Joseph A. Fonti
11

1185569-1

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEF
06/03/2014 09:11 AM

1    [PR~~O~~POSED] ORDER

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   
4    Dated: __6/3/14_____    _____
        Edward M. Chen
5                                          United States District Judge



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen