SUSAN S. MUCK (CSB No. 126930)
smuck@fenwick.com
JENNIFER C. BRETAN (CSB No. 233475)
jbretan@fenwick.com
MARIE C. BAFUS (CSB No. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

RONNIE SOLOMON (CSB No. 284923)
rsolomon@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

Attorneys Defendants Vocera Communications, Inc.,
Robert J. Zollars, Brent D. Lang, Martin J. Silver,
William R. Zerella, Brian D. Ascher, John B. Grotting,
Jeffrey H. Hillebrand, Howard E. Janzen, John N.
McMullen, Hany M. Nada, and Donald F. Wood

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE VOCERA COMMUNICATIONS, INC. SECURITIES LITIGATION | Master File No.  3:13-cv-03567 EMC |
|---|---|
| | CLASS ACTION |
| This Document Relates To:<br><br>All Actions. | **STIPULATION AND [PR~~OPO~~SED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: The Honorable Edward M. Chen<br><br>Date Action Filed:  August 1, 2013 |

1    WHEREAS, the above-captioned consolidated action is a proposed class action alleging
2    violations of the federal securities laws against Vocera Communications, Inc., certain individual
3    officers and directors of the Company, and certain investment banks that served as underwriters
4    in connection with the Company's initial public offering (collectively, "Defendants");

5    WHEREAS, on April 1, 2014, this Court issued an order resetting the date for the initial
6    case management conference from April 24, 2014 to August 28, 2014 (ECF. No. 68);

7    WHEREAS, on July 10, 2014, this Court heard argument on and took under submission
8    Lead Plaintiff's motion relating to certain confidentiality matters (the "Motion") (ECF No. 87);

9    WHEREAS, the resolution of the Motion will impact the filing of the consolidated
10   complaint. Accordingly, the Parties shall meet and confer and submit to the Court a schedule for
11   the filing of the consolidated complaint and related dispositive motion practice promptly upon the
12   Court's resolution of the Motion;

13   WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, Pub.L. No.
14   104-67, 109 Stat. 737 (1995) (the "Reform Act"), unless otherwise ordered by the Court,
15   discovery in this action is stayed during the pendency of any motion to dismiss (15 U.S.C. § 78u-
16   4(b)(3)(B)); and

17   WHEREAS, in view of the Motion, the Reform Act's stay of discovery, the uncertain
18   timing of the filing of the consolidated complaint and the resolution of any dispositive motions
19   related thereto, counsel in the above-captioned action respectfully submit that good cause exists
20   to vacate the existing August 28, 2014 initial case management conference and associated ADR
21   deadlines until and unless such time as the consolidated complaint has been filed and this matter
22   survives any motion(s) to dismiss;

23   IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the
24   undersigned counsel for the parties, that:

25   i.   Pursuant to Civil L.R. 16-2, the Initial Case Management Conference scheduled for
26        August 28, 2014 be vacated, along with any associated deadlines under the Federal Rules
27        of Civil Procedure and Local Rules, to be rescheduled for a date that is 30 days after entry
28        of a Court order ruling on Defendants' anticipated motion(s) to dismiss the consolidated

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT          1          MASTER FILE NO. 3:13-cv-03567 EMC
CONFERENCE

complaint, or such other date as the Court shall determine to be appropriate; and

ii. All associated ADR Multi-Option Program deadlines likewise be deferred.

Dated: July 18, 2014                              FENWICK & WEST LLP

                                                  By: /s/ *Jennifer C. Bretan*
                                                         Jennifer C. Bretan, Esq.

                                                  555 California Street, 12th Floor
                                                  San Francisco, California 94104
                                                  Telephone: (415) 875-2300
                                                  Facsimile:  (415) 281-1350

                                                  Attorneys for Vocera Communications, Inc., Robert J. Zollars, Brent D. Lang, Martin J. Silver, William R. Zerella, Brian D. Ascher, John B. Grotting, Jeffrey H. Hillebrand, Howard E. Janzen, John N. McMullen, Hany M. Nada, and Donald F. Wood

Dated: July 18, 2014                              SIMPSON THACHER & BARTLETT LLP

                                                  By: /s/ *Simona G. Strauss*
                                                         Simona G. Strauss, Esq.

                                                  2475 Hanover Street
                                                  Palo Alto, CA 94304
                                                  Phone: (650) 251-5000
                                                  Fax: (650) 251-5002

                                                  Attorneys for Defendants J.P. Morgan Securities LLC, Piper Jaffray & Co., Robert W. Baird & Co. Incorporated, William Blair & Company, L.L.C., Wells Fargo Securities, LLC, and Leerink Partners LLC

Dated: July 18, 2014                              ROBBINS GELLER RUDMAN & DOWD LLP

                                                  By: /s/ *Shawn A. Williams*
                                                         Shawn A. Williams, Esq.

                                                  Post Montgomery Center
                                                  One Montgomery Street, Suite 1800
                                                  San Francisco, California 94104
                                                  Telephone: (415) 288-4545
                                                  Facsimile: (415) 288-4534

                                                  Liaison Counsel for Lead Plaintiff

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE       2       MASTER FILE NO. 3:13-cv-03567 EMC

Dated: July 18, 2014                     LABATON SUCHAROW LLP

By: /s/ *Joseph A. Fonti*
    Joseph A. Fonti, Esq.

140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Lead Counsel for Lead Plaintiff Baltimore County Employees' Retirement System and Arkansas Teacher Retirement System

Pursuant to Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: July 18, 2014                     By: /s/ *Jennifer C. Bretan*
                                              Jennifer C. Bretan

*  *  *

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference is reset for 9/18/14 at 9:30 a.m.

Dated: 7/22/14

Hon. Edward M. Chen
United States District Court Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE           3           MASTER FILE NO. 3:13-cv-03567 EMC

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO