SHAWN A. WILLIAMS (CSB No. 213113)
ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
Email: shawnw@rgrdlaw.com

*Liaison Counsel for Lead Plaintiffs*

JONATHAN GARDNER (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com

*Lead Counsel for Lead Plaintiffs Baltimore County
Employees' Retirement System and
Arkansas Teacher Retirement System*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE VOCERA COMMUNICATIONS, INC. SECURITIES LITIGATION | Master File No.  3:13-cv-03567 EMC |
| | CLASS ACTION |
| This Document Relates To:<br><br>All Actions. | **STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT AND RESPONSIVE MOTION(S) AND CONTINUING CASE MANAGEMENT CONFERENCE AS MODIFIED**<br><br>Judge: The Honorable Edward M. Chen<br><br>Date Action Filed:  August 1, 2013 |

WHEREAS, the above-captioned consolidated action is a proposed class action alleging violations of the federal securities laws against Vocera Communications, Inc., certain individual officers and directors of the Company, and certain investment banks that served as underwriters in connection with the Company's initial public offering (collectively, "Defendants");

WHEREAS, on July 30, 2014, the Court issued an order granting in part Lead Plaintiffs' Confidentiality Motion (the "Confidentiality Order") (ECF No. 73) and ordered, *inter alia*, that (i) Lead Plaintiffs may use the documents at issue in the Confidentiality Motion subject to a protective order (the form of which is to be agreed to by the parties) and to claims of privilege, (ii) Vocera shall provide the documents and a privilege log for any redactions to Lead Counsel within 21 days of the date of the Confidentiality Order, and (iii) Lead Plaintiffs' consolidated class action complaint is due 21 days after the production of the documents and privilege log by Vocera;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, Pub.L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), unless otherwise ordered by the Court, discovery in this action is stayed during the pendency of any motion to dismiss (15 U.S.C. § 78u-4(b)(3)(B));

WHEREAS, Lead Plaintiffs represent that during the pendency of the Confidentiality Motion, they suspended their investigation with respect to former Vocera employees while awaiting guidance from the Court on the issues raised in the Confidentiality Motion;

WHEREAS, now that the Confidentiality Motion has been resolved, the Parties have conferred regarding a schedule for the filing of the consolidated complaint and motion(s) to dismiss and therefore respectfully submit that good cause exists (i) to enter a briefing schedule for the filing of a consolidated complaint and motion(s) to dismiss; and (ii) to vacate the existing September 18, 2014 initial case management conference and associated ADR deadlines until and unless such time as the consolidated complaint has been filed and this matter survives any motion(s) to dismiss.

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the parties, that:

    i.    Lead Plaintiffs shall file the consolidated complaint 30 days after the production of the documents and privilege log by Vocera; Defendants shall file their motion(s) to dismiss the consolidated complaint 45 days after the filing of the consolidated complaint; Lead Plaintiffs shall file their opposition 14 days after the filing of Defendants' motion(s) to dismiss; and Defendants shall file their reply 7 days after the filing of Lead Plaintiffs' opposition. All motions to dismiss shall be noticed for hearing on the same day and in accordance with Civil L.R. 7-2.

    ii.    Pursuant to Civil L.R. 16-2, the Initial Case Management Conference scheduled for September 18, 2014 shall be vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules. The Initial Case Management Conference will be held at the same time and day as the hearing for the motions to dismiss.

Dated: August 12, 2014                      ROBBINS GELLER RUDMAN & DOWD LLP

                                             By: /s/ *Shawn A. Williams*
                                                      Shawn A. Williams, Esq.

                                             Post Montgomery Center
                                             One Montgomery Street, Suite 1800
                                             San Francisco, California 94104
                                             Telephone: (415) 288-4545
                                             Facsimile: (415) 288-4534

                                             Liaison Counsel for Lead Plaintiffs

Dated: August 12, 2014                      LABATON SUCHAROW LLP

                                             By: /s/ *Jonathan Gardner*
                                                      Jonathan Gardner, Esq.

                                             140 Broadway
                                             New York, New York 10005
                                             Telephone: (212) 907-0700
                                             Facsimile: (212) 818-0477

                                             Lead Counsel for Lead Plaintiffs Baltimore County Employees' Retirement System and Arkansas Teacher Retirement System

| | | |
|---|---|---|
| Dated: August 12, 2014 | | FENWICK & WEST LLP |

By: /s/ *Jennifer C. Bretan*
    Jennifer C. Bretan, Esq.

555 California Street, 12th Floor
San Francisco, California  94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

Attorneys for Vocera Communications, Inc., Robert J. Zollars, Brent D. Lang, Martin J. Silver, William R. Zerella, Brian D. Ascher, John B. Grotting, Jeffrey H. Hillebrand, Howard E. Janzen, John N. McMullen, Hany M. Nada, and Donald F. Wood

Dated: August 12, 2014    SIMPSON THACHER & BARTLETT LLP

By: /s/ *Simona G. Strauss*
    Simona G. Strauss, Esq.

2475 Hanover Street
Palo Alto, CA 94304
Phone: (650) 251-5000
Fax: (650) 251-5002

Attorneys for Defendants J.P. Morgan Securities LLC, Piper Jaffray & Co., Robert W. Baird & Co. Incorporated, William Blair & Company, L.L.C., Wells Fargo Securities, LLC, and Leerink Partners LLC

Pursuant to Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: August 12, 2014    By:  /s/ *Jonathan Gardner*
    Jonathan Gardner

\* \* \*
**[PROPOSED] ORDER AS MODIFIED**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 15, 2014

_____
Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen