SHAWN A. WILLIAMS (CSB No. 213113)
ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
Email: shawnw@rgrdlaw.com

*Liaison Counsel for Lead Plaintiffs*

JONATHAN GARDNER (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com

*Lead Counsel for Lead Plaintiffs Baltimore County
Employees' Retirement System and
Arkansas Teacher Retirement System*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE VOCERA COMMUNICATIONS, INC. SECURITIES LITIGATION | Case No. 3:13-cv-03567 EMC <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> All Actions. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY BRIEFS** <br><br> Judge: The Hon. Edward M. Chen <br><br> DATE: January 15, 2015 <br> TIME: 1:30 p.m. <br> DEPT: 5, 17th Floor <br><br> Filed: August 1, 2013 |

1    WHEREAS, pursuant to the Court's Order dated August 15, 2014, (ECF No. 99), Lead
2 Plaintiffs filed a Consolidated Complaint on September 19, 2014 (ECF No. 104) and Defendants
3 filed their motions to dismiss on November 3, 2014 (ECF No. 110-11);
4    WHEREAS, oral argument on Defendants' motions has been noticed for January 15,
5 2015, the first date available for all parties and the Court, and the Case Management Conference
6 has been rescheduled for the same day in accordance with the Court's August 15, 2014 Order,
7 (ECF Nos. 99; 116);
8    WHEREAS, the current deadline for Lead Plaintiffs to file opposition briefs to
9 Defendants' motions to dismiss is November 17, 2014, fourteen (14) days after the filing of the
10 motions to dismiss;
11    WHEREAS, the current deadline for Defendants to file reply briefs in further support of
12 the motions to dismiss is November 24, 2014, seven (7) days after the filing of the opposition to
13 the motions to dismiss;
14    WHEREAS, in light of the noticed hearing date, to accommodate conflicts in the work
15 and personal schedules of counsel for the parties, and to permit sufficient time to
16 comprehensively address the issues presented in Defendants' motions to dismiss, the parties have
17 agreed that the briefing schedule be amended as follows:
18    1.    Lead Plaintiffs will file opposition to Defendants' motions to dismiss on
19 November 26, 2014, and
20    2.    Defendants will file replies in further support of their motions to dismiss on
21 December 17, 2014.
22    IT IS ACCORDINGLY STIPULATED that the deadline for Lead Plaintiffs to file
23 opposition to Defendants' motions to dismiss is extended from November 17, 2014 to November
24 26, 2014, and the deadline for Defendants to file replies is extended from November 24, 2014 to
25 December 17, 2014.

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY BRIEFS

1  Dated: November 6, 2014					ROBBINS GELLER RUDMAN & DOWD LLP

2							By: /s/ *Shawn A. Williams*
								Shawn A. Williams, Esq.
3
							Post Montgomery Center
4							One Montgomery Street, Suite 1800
							San Francisco, California 94104
5							Telephone: (415) 288-4545
							Facsimile: (415) 288-4534
6
							Liaison Counsel for Lead Plaintiffs
7


8
   Dated: November 6, 2014					LABATON SUCHAROW LLP
9
							By: /s/ *Jonathan Gardner*
10								Jonathan Gardner, Esq.

11							140 Broadway
							New York, New York 10005
12							Telephone: (212) 907-0700
							Facsimile: (212) 818-0477
13
							Lead Counsel for Lead Plaintiffs Baltimore County
14							Employees' Retirement System and Arkansas
							Teacher Retirement System
15
   Dated: November 6, 2014					FENWICK & WEST LLP
16
							By: /s/ *Jennifer C. Bretan*
17								Jennifer C. Bretan, Esq.

18							555 California Street, 12th Floor
							San Francisco, California  94104
19							Telephone:  (415) 875-2300
							Facsimile:   (415) 281-1350
20
							Attorneys for Vocera Communications, Inc., Robert J.
21							Zollars, Brent D. Lang, Martin J. Silver, William R.
							Zerella, Brian D. Ascher, John B. Grotting, Jeffrey H.
22							Hillebrand, Howard E. Janzen, John N. McMullen,
							Hany M. Nada, and Donald F. Wood
23

24

25

26

27

28
									2
   STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY
   BRIEFS

| | | |
|---|---|---|
| 1 | Dated: November 6, 2014 | SIMPSON THACHER & BARTLETT LLP |
| 2 | | By: /s/ *Simona G. Strauss* |
| | | Simona G. Strauss, Esq. |
| 3 | | |
| 4 | | 2475 Hanover Street |
| | | Palo Alto, CA 94304 |
| 5 | | Phone: (650) 251-5000 |
| | | Fax: (650) 251-5002 |
| 6 | | Attorneys for Defendants J.P. Morgan Securities LLC, Piper Jaffray & Co., Robert W. Baird & Co. Incorporated, William Blair & Company, L.L.C., Wells Fargo Securities, LLC, and Leerink Partners LLC |

Pursuant to Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: November 6, 2014                    By: /s/ *Jonathan Gardner*
                                                               Jonathan Gardner

* * *

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 7, 2014

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY BRIEFS