SUSAN S. MUCK (CSB No. 126930)
smuck@fenwick.com
JENNIFER C. BRETAN (CSB No. 233475)
jbretan@fenwick.com
MARIE C. BAFUS (CSB No. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Attorneys Defendants
Vocera Communications, Inc., Robert J. Zollars,
Brent D. Lang and William R. Zerella

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE VOCERA COMMUNICATIONS, INC. SECURITIES LITIGATION | Master File No.  3:13-cv-03567 EMC |
| | CLASS ACTION |
| This Document Relates To:<br><br>All Actions. | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING**<br><br>Judge: The Honorable Edward M. Chen<br><br>Date Action Filed:  August 1, 2013 |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULING

MASTER FILE NO.  3:13-cv--03567 EMC

1   This stipulation is entered into by and among Lead Plaintiffs Baltimore County
2   Employees' Retirement System and Arkansas Teacher Retirement System (collectively, "Lead
3   Plaintiffs") and defendants Vocera Communications, Inc., Robert J. Zollars, Brent D. Lang and
4   William R. Zerella (collectively, "Defendants"), by and through their respective attorneys of
5   record:

6   WHEREAS, the above-captioned consolidated action is a proposed class action alleging
7   violations of the federal securities laws against Defendants;

8   WHEREAS, on April 3, 2015, this Court issued a Case Management and Pretrial Order
9   for Jury Trial (the "Order") setting certain deadlines in the action [Dkt. No. 152];

10  WHEREAS, the Order set the following deadlines associated with Lead Plaintiffs'
11  anticipated motion for class certification: (i) Lead Plaintiffs' class certification motion due on or
12  before July 15, 2015; (ii) Defendants' opposition to class certification motion due on or before
13  August 26, 2015; (iii) Lead Plaintiffs' reply in support of class certification motion due on or
14  before September 23, 2015; and (iv) hearing on class certification motion set for October 15,
15  2015 at 1:30 p.m.;

16  WHEREAS, in order to accommodate the scheduling availability of Lead Plaintiffs'
17  representatives for deposition, the parties have stipulated and agreed to a one week adjustment in
18  the schedule for certain deadlines associated with class certification as follows:

19  (i) Defendants shall file their opposition to Lead Plaintiffs' class certification motion
20  on or before September 2, 2015;

21  (ii) Lead Plaintiffs shall file their reply in support of class certification motion on or
22  before September 30, 2015;

23  WHEREAS, the deadline for Lead Plaintiffs to file the class certification motion and the
24  date set for the hearing on the class certification motion shall not change;

25  IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the
26  undersigned counsel for the parties, that:

27  (i) Defendants shall file their opposition to Lead Plaintiffs' class certification motion
28  on or before September 2, 2015;

| STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING | 1 | MASTER FILE NO. 3:13-cv-03567 EMC |
|---|---|---|

1   (ii) Lead Plaintiffs shall file their reply in support of class certification motion on or
2   before September 30, 2015;

3   (iii) The deadline for Lead Plaintiffs to file their class certification motion (July 15,
4   2015) and the date and time of the hearing shall remain October 15, 2015 at 1:30 p.m., or such
5   other date as the Court deems appropriate.

Dated: June 22, 2015                FENWICK & WEST LLP

                                    By: /s/ *Marie C. Bafus*
                                           Marie C. Bafus

                                    555 California Street, 12th Floor
                                    San Francisco, California 94104
                                    Telephone: (415) 875-2300
                                    Facsimile: (415) 281-1350

                                    Attorneys for Defendants
                                    Vocera Communications, Inc., Robert J. Zollars, Brent
                                    D. Lang and William R. Zerella

Dated: June 22, 2015                ROBBINS GELLER RUDMAN & DOWD LLP

                                    By: /s/ *Shawn A. Williams*
                                           Shawn A. Williams

                                    Post Montgomery Center
                                    One Montgomery Street, Suite 1800
                                    San Francisco, CA 94104
                                    Telephone: (415) 288-4545
                                    Facsimile: (415) 288-4534

                                    Liaison Counsel for Lead Plaintiffs

Dated: June 22, 2015                LABATON SUCHAROW LLP

                                    By: /s/ *Jonathan Gardner*
                                           Jonathan Gardner (pro hac vice)

                                    140 Broadway
                                    New York, New York 10005
                                    Telephone: (212) 907-0700
                                    Facsimile: (212) 818-0477

                                    Lead Counsel for Lead Plaintiffs Baltimore County
                                    Employees' Retirement System and Arkansas
                                    Teacher Retirement System

1  Pursuant to Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

2  Dated: June 22, 2015                    By: /s/ *Marie C. Bafus*
                                                Marie C. Bafus

\* \* \*

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The motion for class certification and status conference are reset for November 5, 2015 at 1:30 p.m. An updated joint status report shall be filed by October 29, 2015.

Dated: June 25, 2015

_____
Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen