LABATON SUCHAROW LLP
JONATHAN GARDNER (*pro hac vice*)
jgardner@labaton.com
CAROL C. VILLEGAS (*pro hac vice*)
cvillegas@labaton.com
SAMUEL B. C. DE VILLIERS (*pro hac vice*)
sdevilliers@labaton.com
140 Broadway
New York, NY  10005
Telephone:	212 907 0700
Facsimile:	212 818 0477

[Additional counsel listed on signature page]

*Counsel for Lead Plaintiffs and the Proposed Class*

FENWICK & WEST LLP
SUSAN S. MUCK (CSB NO. 126930)
smuck@fenwick.com
JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
MARIE C. BAFUS (CSB NO. 258417)
mbafus@fenwick.com
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

*Attorneys for Defendants Vocera Communications, Inc., Robert J. Zollars, Brent D. Lang and William R. Zerella*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE VOCERA COMMUNICATIONS, INC. SECURITIES LITIGATION | Case No. 3:13-cv-03567 EMC<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION AND ORDER REGARDING CASE SCHEDULE** |

1  This stipulation is entered into by and among Lead Plaintiffs Baltimore County Employees' Retirement System and Arkansas Teacher Retirement System (collectively, "Lead Plaintiffs") and defendants Vocera Communications, Inc., Robert J. Zollars, Brent D. Lang and William R. Zerella (collectively, "Defendants"), by and through their respective attorneys of record:

WHEREAS, the above-captioned consolidated action is a proposed class action alleging violations of the federal securities laws against Defendants;

WHEREAS, on April 3, 2015, this Court issued a Case Management and Pretrial Order for Jury Trial setting certain deadlines in the action (the "Scheduling Order") [Dkt. No. 152];

WHEREAS, pursuant to Local Rule 6-2(a) of the Civil Local Rules for the United States District Court for the Northern District of California, the parties "may file a stipulation, conforming to Civil L.R. 7-12, requesting an order changing time that would affect the date of an event or deadline already fixed by Court order;"

WHEREAS, document discovery, including documents obtained from third parties, has taken longer than expected given the breadth of discovery pertinent to this action and the extended negotiations between the parties over the scope of production;[1]

WHEREAS, in connection with an adjustment of the class certification briefing schedule to accommodate the availability of Plaintiffs' representatives for deposition, the hearing on class certification has been reset for November 9, 2015; [Dkts. 162, 174];

WHEREAS, pursuant to the Scheduling Order, the parties have scheduled a mediation for October 15th, 2015, and believe the case would benefit from extending the fact discovery cutoff and related dates for 60 days to allow the parties to focus on that mediation;

WHEREAS, the parties have met and conferred and agree that it is now in their mutual interest and in the interest of judicial efficiency to extend the discovery cutoff deadlines previously ordered by the Court;

WHEREAS, this requested extension will not affect the date for oral argument on Lead

---

[1] Defendants anticipate substantial completion of Defendants' production in response to Plaintiffs' First Set of Document Requests to take place by September 25, 2015.

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
Case No. 3:13-cv-03567 EMC

Plaintiffs' motion for class certification;

Now, therefore, pursuant to Civil L.R. 7-12, the parties hereby jointly request that the Court issue an order adopting the following amended schedule for this case:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| IDENTIFICATION OF AREAS OF MERITS RELATED EXPERT TESTIMONY AND EXPERTS, BY ALL PARTIES | December 21, 2015 | February 19, 2016 |
| IDENTIFICATION OF MERITS RELATED REBUTTAL EXPERTS, BY ALL PARTIES | January 15, 2016 | March 15, 2016 |
| FACT DISCOVERY CUTOFF | February 5, 2016 | April 8, 2016 |
| ALL MERITS RELATED EXPERT REPORTS EXCHANGED | February 19, 2016 | April 22, 2016 |
| ALL MERITS RELATED REBUTTAL EXPERT REPORTS EXCHANGED | March 18, 2016 | May 20, 2016 |
| MERITS RELATED EXPERT DISCOVERY CUTOFF | April 15, 2016 | June 17, 2016 |
| MOTIONS FOR SUMMARY JUDGMENT DUE | May 2, 2016 | **June 30, 2016** |
| OPPOSITIONS TO MSJ DUE | June 2, 2016 | **July 28, 2016** |
| REPLIES IN SUPPORT OF MSJs | June 23, 2016 | **August 11, 2016** |
| HEARING ON MSJs | July 14, 2016 | **August 25, 2016** |

The parties further agree that, subject to the Court's availability and in light of the foregoing revised schedule, the trial date **to remain on December 5, 2016.**

IT IS SO STIPULATED.

Dated: September 16, 2015         FENWICK & WEST LLP

                                  By: */s/ Marie C. Bafus*
                                       Marie C. Bafus


                                  555 California Street, 12th Floor
                                  San Francisco, California 94104

|  |  |
|---|---|
| | Telephone: (415) 875-2300 |
| | Facsimile: (415) 281-1350 |

*Attorneys for Defendants Vocera Communications, Inc., Robert J. Zollars, Brent D. Lang and William R. Zerella*

Dated: September 16, 2015    ROBBINS GELLER RUDMAN & DOWD LLP

By: */s/ Shawn A. Williams*
    Shawn A. Williams

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

*Liaison Counsel for Lead Plaintiffs*

Dated: September 16, 2015    LABATON SUCHAROW LLP

By: */s/ Jonathan Gardner*
    Jonathan Gardner (*pro hac vice*)

140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Lead Counsel for Lead Plaintiffs Baltimore County Employees' Retirement System and Arkansas Teacher Retirement System*

Pursuant to Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: September 16, 2015    By:    */s/    Jonathan Gardner*
    Jonathan Gardner

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/23/15

_____
HON. EDWARD M. CHEN
United States District Judge