LABATON SUCHAROW LLP
JONATHAN GARDNER (*pro hac vice*)
jgardner@labaton.com
CAROL C. VILLEGAS (*pro hac vice*)
cvillegas@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Lead Plaintiffs and the Proposed Class*

FENWICK & WEST LLP
SUSAN S. MUCK (CSB NO. 126930)
smuck@fenwick.com
JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
MARIE C. BAFUS (CSB NO. 258417)
mbafus@fenwick.com
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

*Attorneys for Defendants Vocera Communications, Inc., Robert J. Zollars, Brent D. Lang and William R. Zerella*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE VOCERA COMMUNICATIONS, INC. SECURITIES LITIGATION | Case No. 3:13-cv-03567 EMC<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |

1    This stipulation is entered into by and among Lead Plaintiffs Baltimore County
2    Employees' Retirement System and Arkansas Teacher Retirement System (collectively, "Lead
3    Plaintiffs") and defendants Vocera Communications, Inc., Robert J. Zollars, Brent D. Lang and
4    William R. Zerella (collectively, "Defendants"), by and through their respective attorneys of
5    record:
6        WHEREAS, the above-captioned consolidated action is a proposed class action alleging
7    violations of the federal securities laws against Defendants;
8        WHEREAS, the parties engaged in a mediation on October 15, 2015.
9        WHEREAS, the mediation was successful and the parties have reached an agreement in
10   principle to settle all claims in the Action subject to, among other things, Court approval;
11       WHEREAS, the Court had previously entered orders: (1) setting a deadline for a CMC
12   statement to be filed by November 5, 2015 (ECF 169), (2) scheduling a status conference and
13   hearing on the class certification motion for November 9, 2015 (ECF 174), and for other
14   discovery related proceedings, motions and deadlines, and for trial (ECF 178);
15       Now, therefore, pursuant to Civil L.R. 7-12, and in the interest of judicial efficiency the
16   parties hereby jointly request that the Court issue an order adopting the following provisions,
17   pending the formal documentation of the settlement and submission of preliminarily and final
18   approval motions:

19   1. The deadline for submission of the CMC statement on November 5, 2015 is
20      hereby V~~ACATED~~. reset for 1/21/2016.
21   2. The status conference and class certification hearing scheduled for November 9,
22      2015 are hereby VACATED. The status conference is reset for 1/28/16 at 10:30 a.m.
23   3. ~~The discovery and other deadlines set in ECF 178 are hereby VACATED.~~
24   4. Lead Plaintiffs will submit a motion for preliminary approval of the settlement
25      within 45 days of the entry of this order.

26   ///
27   ///
28   ///

1
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
Case No. 3:13-cv-03567 EMC

1  IT IS SO STIPULATED.

2  Dated: October 21, 2015                FENWICK & WEST LLP

3                                          By: */s/ Jennifer Bretan*
4                                               Jennifer Bretan

5                                          555 California Street, 12th Floor San Francisco,
                                            California 94104 Telephone: (415) 875-2300
6                                           Facsimile: (415) 281-1350

7                                          *Attorneys for Defendants Vocera Communications,*
8                                          *Inc., Robert J. Zollars, Brent D. Lang and William*
                                           *R. Zerella*
9

10  Dated: October 21, 2015               LABATON SUCHAROW LLP

11                                         By: */s/ Jonathan Gardner*
12                                              Jonathan Gardner (*pro hac vice*)

13                                         140 Broadway
                                           New York, New York 10005
14                                         Telephone: (212) 907-0700
                                           Facsimile: (212) 818-0477
15

16                                         *Lead Counsel for Lead Plaintiffs Baltimore County*
                                           *Employees' Retirement System and Arkansas*
17                                         *Teacher Retirement System*

18

19  Pursuant to Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

20  Dated: October 21, 2015                By:   */s/   Jonathan Gardner*
                                                  Jonathan Gardner
21                                                     * * *

22  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** (as modified)

23

24  Dated: October 23, 2015

25                                         _____
                                           HON. EDWARD M. CHEN
26                                         United States District Judge

27

28

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List. I further certify that I authorized an annotated unredacted version of the Consolidated Complaint to be provided to the Court and to be served on Defendants.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 21, 2015.

    /s/ Jonathan Gardner
    JONATHAN GARDNER

**Mailing Information for Case 3:13-cv-03567-EMC**

*Brado v. Vocera Communications Inc et al*

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Marie Caroline Bafus**
  mbafus@fenwick.com,vsheehan@fenwick.com,pnichols@fenwick.com, dsheppard@fenwick.com
- **Joel H. Bernstein**
  jbernstein@labaton.com,lmehringer@labaton.com,dgoldsmith@labaton.com, sauer@labaton.com,electroniccasefiling@labaton.com
- **Norman J. Blears**
  nblears@sidley.com,sfefilingnotice@sidley.com,kmay@sidley.com, epickens@sidley.com
- **Jennifer Corinne Bretan**
  jbretan@fenwick.com,vsheehan@fenwick.com,mbafus@fenwick.com, kayoung@fenwick.com,pnichols@fenwick.com,ckevane@fenwick.com
- **Hal Davis Cunningham**
  hcunningham@scott-scott.com
- **Samuel De Villiers**
  sdevilliers@labaton.com
- **Yah E. Demann**
  ydemann@labaton.com
- **Matthew James Dolan**
  mdolan@sidley.com,adeparedes@sidley.com,sfefilingnoitce@sidley.com
- **Catherine Duden Kevane**
  ckevane@fenwick.com,pnichols@fenwick.com
- **Amber L. Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,RobynS@zhlaw.com
- **Joseph A. Fonti**
  jfonti@bftalaw.com
- **Jonathan Gardner**
  jgardner@labaton.com,cvillegas@labaton.com,lmehringer@labaton.com, acoquin@labaton.com,fmalonzo@labaton.com,acarpio@labaton.com, agreenbaum@labaton.com
- **Mark S. Goldman**
  goldman@lawgsp.com
- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,edewan@scott-scott.com,tcrockett@scott-scott.com
- **Susan Samuels Muck**
  smuck@fenwick.com,vsheehan@fenwick.com,rchang@fenwick.com, kayoung@fenwick.com,pnichols@fenwick.com,jbretan@fenwick.com, acaloza@fenwick.com
- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com
- **David R. Scott**
  drscott@scott-scott.com
- **Ronnie Solomon**
  rsolomon@fenwick.com,mguidoux@fenwick.com

- **Michael Walter Stocker**
  mstocker@labaton.com,nmackiel@labaton.com,drogers@labaton.com,
  lmehringer@labaton.com
- **Simona Gurevich Strauss**
  sstrauss@stblaw.com,rdira@stblaw.com,niels.melius@stblaw.com,
  janie.franklin@stblaw.com,sblake@stblaw.com
- **Stephen J. Teti**
  steti@scott-scott.com
- **Carol C. Villegas**
  cvillegas@labaton.com,thoffman@labaton.com,jchristie@labaton.com,
  mpenrhyn@labaton.com,acoquin@labaton.com,lmehringer@labaton.com,
  fmalonzo@labaton.com,acarpio@labaton.com
- **Shawn A. Williams**
  shawnw@rgrdlaw.com,katerinap@rgrdlaw.com,e_file_sd@rgrdlaw.com,
  e_file_sf@rgrdlaw.com
- **Michael John von Loewenfeldt**
  mvl@kerrwagstaffe.com,phan@kerrwagstaffe.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

- (No manual recipients)