LABATON SUCHAROW LLP
JONATHAN GARDNER (*pro hac vice*)
jgardner@labaton.com
CAROL C. VILLEGAS (*pro hac vice*)
cvillegas@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Lead Plaintiffs and the Proposed Class*

FENWICK & WEST LLP
SUSAN S. MUCK (CSB NO. 126930)
smuck@fenwick.com
JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
MARIE C. BAFUS (CSB NO. 258417)
mbafus@fenwick.com
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

*Attorneys for Defendants Vocera Communications, Inc., Robert J. Zollars, Brent D. Lang and William R. Zerella*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE VOCERA COMMUNICATIONS, INC. SECURITIES LITIGATION | Case No. 3:13-cv-03567 EMC<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |

1   This stipulation is entered into by and among Lead Plaintiffs Baltimore County
2  Employees' Retirement System and Arkansas Teacher Retirement System (collectively, "Lead
3  Plaintiffs") and defendants Vocera Communications, Inc., Robert J. Zollars, Brent D. Lang and
4  William R. Zerella (collectively, "Defendants"), by and through their respective attorneys of
5  record:
6   WHEREAS, the above-captioned consolidated action is a proposed class action alleging
7  violations of the federal securities laws against Defendants;
8   WHEREAS, the parties engaged in a mediation on October 15, 2015;
9   WHEREAS, the mediation was successful and the parties have reached an agreement in
10 principle to settle all claims in the Action subject to, among other things, Court approval;
11  WHEREAS, the parties are continuing to negotiate the final settlement documentation and
12 require additional time to complete the process;
13  WHEREAS, the Court had previously entered orders: (1) setting a deadline for a CMC
14 statement to be filed by January 21, 2016; (2) scheduling a status conference for January 28,
15 2016; and (3) setting a deadline for Lead Plaintiffs' motion for preliminary approval of the
16 settlement to be filed by December 7, 2015 (ECF No. 182);
17  Now, therefore, pursuant to Civil L.R. 7-12, and in the interest of judicial efficiency, the
18 parties hereby jointly request that the Court issue an order adopting the following revised
19 schedule in connection with the formal documentation of the settlement and pending submission
20 of the motion for preliminary approval:
21   1. The deadline for submission of the CMC statement on January 21, 2016 is hereby
22   reset for February ~~18~~ 25, 2016.
23   2. The status conference is hereby reset for ~~February 25, 2016~~. March 3, 2016 at 10:30 a.m.
24   3. Lead Plaintiffs will submit a motion for preliminary approval of the settlement on
25   or before January 15, 2016.
26 ///
27 ///
28 ///

1
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
Case No. 3:13-cv-03567 EMC

1  IT IS SO STIPULATED.

2  Dated: December 4, 2015                    FENWICK & WEST LLP

3                                             By: */s/ Jennifer Bretan*
4                                                  Jennifer Bretan

5                                             555 California Street, 12th Floor
                                               San Francisco, California 94104
6                                              Telephone: (415) 875-2300
                                               Facsimile: (415) 281-1350
7

8                                              *Attorneys for Defendants Vocera Communications,
                                               Inc., Robert J. Zollars, Brent D. Lang and William
9                                              R. Zerella*

10

11 Dated: December 4, 2015                    LABATON SUCHAROW LLP

12                                            By: */s/ Jonathan Gardner*
                                                   Jonathan Gardner (*pro hac vice*)
13

14                                            140 Broadway
                                              New York, New York 10005
15                                            Telephone: (212) 907-0700
                                              Facsimile: (212) 818-0477
16

17                                            *Lead Counsel for Lead Plaintiffs Baltimore County
                                              Employees' Retirement System and Arkansas
18                                            Teacher Retirement System*

19
   Pursuant to Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.
20
   Dated: December 4, 2015                    By:    */s/    Jonathan Gardner*
21                                                          Jonathan Gardner

22                                                * * *

23 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  (modified on p. 1)

24 Dated:    December 7, 2015

25                                             _____
                                               HON. EDWARD M. CHEN
26                                             United States District Judge

    IT IS SO ORDERED
    AS MODIFIED
    Judge Edward M. Chen

27

28

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
Case No. 3:13-cv-03567 EMC

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List..

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4, 2015.

/s/ Jonathan Gardner  
JONATHAN GARDNER

**Mailing Information for Case 3:13-cv-03567-EMC**

*Brado v. Vocera Communications Inc et al*

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Marie Caroline Bafus**
  mbafus@fenwick.com,vsheehan@fenwick.com,pnichols@fenwick.com, dsheppard@fenwick.com
- **Joel H. Bernstein**
  jbernstein@labaton.com,lmehringer@labaton.com,dgoldsmith@labaton.com, sauer@labaton.com,electroniccasefiling@labaton.com
- **Norman J. Blears**
  nblears@sidley.com,sfefilingnotice@sidley.com,kmay@sidley.com, epickens@sidley.com
- **Jennifer Corinne Bretan**
  jbretan@fenwick.com,vsheehan@fenwick.com,mbafus@fenwick.com, kayoung@fenwick.com,pnichols@fenwick.com,ckevane@fenwick.com
- **Hal Davis Cunningham**
  hcunningham@scott-scott.com
- **Samuel De Villiers**
  sdevilliers@labaton.com
- **Yah E. Demann**
  ydemann@labaton.com
- **Matthew James Dolan**
  mdolan@sidley.com,stephanie.huckaby@sidley.com,sfefilingnoitce@sidley.com
- **Catherine Duden Kevane**
  ckevane@fenwick.com,dsheppard@fenwick.com
- **Amber L. Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,RobynS@zhlaw.com
- **Joseph A. Fonti**
  jfonti@bftalaw.com
- **Jonathan Gardner**
  jgardner@labaton.com,cvillegas@labaton.com,lmehringer@labaton.com, acoquin@labaton.com,fmalonzo@labaton.com,acarpio@labaton.com, agreenbaum@labaton.com
- **Mark S. Goldman**
  goldman@lawgsp.com
- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,edewan@scott-scott.com,tcrockett@scott-scott.com
- **Susan Samuels Muck**
  smuck@fenwick.com,vsheehan@fenwick.com,rchang@fenwick.com, kayoung@fenwick.com,pnichols@fenwick.com,jbretan@fenwick.com, acaloza@fenwick.com
- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com
- **David R. Scott**
  drscott@scott-scott.com
- **Ronnie Solomon**
  rsolomon@fenwick.com,mguidoux@fenwick.com

- **Michael Walter Stocker**
  mstocker@labaton.com,nmackiel@labaton.com,drogers@labaton.com, lmehringer@labaton.com
- **Simona Gurevich Strauss**
  sstrauss@stblaw.com,rdira@stblaw.com,niels.melius@stblaw.com, janie.franklin@stblaw.com,sblake@stblaw.com
- **Stephen J. Teti**
  steti@scott-scott.com
- **Carol C. Villegas**
  cvillegas@labaton.com,thoffman@labaton.com,jchristie@labaton.com, mpenrhyn@labaton.com,acoquin@labaton.com,lmehringer@labaton.com, fmalonzo@labaton.com,acarpio@labaton.com
- **Shawn A. Williams**
  shawnw@rgrdlaw.com,katerinap@rgrdlaw.com,e_file_sd@rgrdlaw.com, e_file_sf@rgrdlaw.com
- **Michael John von Loewenfeldt**
  mvl@kerrwagstaffe.com,phan@kerrwagstaffe.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

- (No manual recipients)