# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** June 23, 2016         **Time:** 12 minutes         **Judge:** EDWARD M. CHEN

**Case No.:** 13-cv-3567 EMC         **Case Name:** Brado v. Vocera Communications, et al.

**Attorney for Plaintiff:**   Jon Gardner and Shawn Williams
**Attorney for Defendant:**   Marie Bafus

**Deputy Clerk:** Betty Lee         **Court Reporter:** JoAnn Bryce

## PROCEEDINGS

Motion for Settlement #201 / Motion for Fees #202

## SUMMARY

The Court is inclined to grant both motions but defers ruling on them until after the claims filing deadline has passed.  After the 7/18/16 claims filing deadline has passed, the parties shall file a joint report, providing additional information about the claims, including, e.g., how many claims were filed and by whom (i.e., institutional or individual investor) and some indication as to what value those claims have as a percentage of the net settlement value (assuming a 100% response rate).