UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VOCERA COMMUNICATIONS, INC., SECURITIES LITIGATION | MASTER FILE NO. 3:13-cv-03567 EMC |

**SECOND SUPPLEMENTAL AFFIDAVIT OF JOSE C. FRAGA**
**REGARDING VOLUME OF CLAIMS RECEIVED TO DATE**

STATE OF NEW YORK   )
                                    )  ss.:
COUNTY OF NASSAU  )

JOSE C. FRAGA, being duly sworn, deposes and says:

1. I am a Senior Director of Operations for Garden City Group, LLC ("GCG") located at 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042. I submit this affidavit to supplement my Supplemental Affidavit Regarding Mailing of the Notice and Proof of Claim and Report on Requests for Exclusions and Objections and Volume of Claims Received to Date, dated June 9, 2016 (the "Fraga Supplemental Affidavit") that was previously filed with the Court (ECF No. 204-4). [1]

---

[1] Capitalized terms used and not otherwise defined herein shall have the meaning given to them in the Stipulation and Agreement of Settlement, dated January 14, 2016, and the Fraga Supplemental Affidavit.

## MAILING OF CLAIM PACKETS

2. Through July 18, 2016, GCG has mailed a total of 21,000 Claim Packets to potential Settlement Class Members and nominees. This includes 54 Claim Packets that were remailed to updated addresses provided by the U.S. Postal Service.

## REPORT ON EXCLUSIONS AND OBJECTIONS RECEIVED

3. The Notice informed potential Settlement Class Members that written requests for exclusion from the Settlement Class were to be mailed to *Vocera Communications, Inc., Securities Litigation*, c/o GCG, Attn: Exclusions Dept., P.O. Box 9349, Dublin, Ohio 43017-4249 such that they were received by June 2, 2016. GCG has been monitoring all mail delivered to the post office box. To date, GCG has not received any late requests for exclusion.

4. According to the Notice, any Settlement Class Member who does not request exclusion may object to the Settlement or any of its terms, the proposed Plan of Allocation, and/or the Fee and Expense Application. Anyone wishing to object was required to submit their objection in writing to the Court such that the papers were received on or before June 2, 2016. To date, GCG has not received any late objections.

## CLAIMS RECEIVED TO DATE

5. As of the July 18, 2016 claim filing deadline, GCG has received approximately 6,168 claims, representing approximately 29% of the Claim Packets mailed.[2] Of these, approximately 5,810 claims were filed by or on behalf of institutions and approximately 358 claims were submitted by or on behalf of individuals. These claims represent a total of

---

[2] As GCG is still processing and reviewing claims, the information provided herein is preliminary and subject to further analysis and quality control and is intended only for informational purposes at this time. However, in GCG's experience, a claims-rate of more than 20% is considered high.

approximately 60,000,000 shares of common stock purchased during the Class Period. Based on our preliminary review of these claims, the average number of shares of common stock purchased per claim is approximately 9,730 shares. The preliminary total Recognized Losses of claimants to date pursuant to the proposed Plan of Allocation is approximately $180,000,000.[3] Some of the claims contain deficiencies, and claimants have not yet been given an opportunity to correct their deficiencies. Additionally, not all claims have been fully audited and reviewed for accuracy or validity. Accordingly, this loss figure is preliminary and is subject to change after GCG has completed its validation, quality assurance and fraud prevention reviews.

_____
Jose C. Fraga

Sworn to before me this
day of July 27, 2016

_____
Notary Public

VANESSA M VIGILANTE
Notary Public, State of New York
No. 01VI6143817
Qualified in Nassau County
Commission Expires April 17, 20_18_

---

[3] Please note that these numbers are preliminary and subject to change and we are not able to provide finalized recovery amounts under the proposed Plan of Allocation at this time. Furthermore, there are approximately 23 claims with Exchange-Traded Call and Put Options and the Recognized Loss Amounts for the Exchange-Traded Options have not been calculated at this time.

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 27, 2016

/s/ Jonathan Gardner
JONATHAN GARDNER

**Mailing Information for a Case 3:13-cv-03567-EMC**

*Brado v. Vocera Communications Inc et al*

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Marie Caroline Bafus**
  mbafus@fenwick.com,vsheehan@fenwick.com,pnichols@fenwick.com,dsheppard@fenwick.com
- **Joel H. Bernstein**
  jbernstein@labaton.com,lmehringer@labaton.com,dgoldsmith@labaton.com,sauer@labaton.com,electroniccasefiling@labaton.com
- **Norman J. Blears**
  nblears@sidley.com,kmay@sidley.com,epickens@sidley.com
- **Jennifer Corinne Bretan**
  jbretan@fenwick.com,vsheehan@fenwick.com,mbafus@fenwick.com,kayoung@fenwick.com,pnichols@fenwick.com,ckevane@fenwick.com
- **Joseph Daniel Cohen**
  jcohen@scott-scott.com
- **Hal Davis Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com
- **Yah E. Demann**
  ydemann@labaton.com
- **Matthew James Dolan**
  mdolan@sidley.com,adeparedes@sidley.com
- **Catherine Duden Kevane**
  ckevane@fenwick.com,pnichols@fenwick.com
- **Amber L. Eck**
  ambere@zhlaw.com,winkyc@zhlaw.com,RobynS@zhlaw.com
- **Joseph A. Fonti**
  jfonti@bftalaw.com
- **Jonathan Gardner**
  jgardner@labaton.com,cvillegas@labaton.com,lmehringer@labaton.com,acoquin@labaton.com,fmalonzo@labaton.com,acarpio@labaton.com,agreenbaum@labaton.com
- **Mark S. Goldman**
  goldman@lawgsp.com
- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,edewan@scott-scott.com,tcrockett@scott-scott.com,efile@scott-scott.com
- **Susan Samuels Muck**
  smuck@fenwick.com,vsheehan@fenwick.com,rchang@fenwick.com,kayoung@fenwick.com,pnichols@fenwick.com,jbretan@fenwick.com,acaloza@fenwick.com
- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com
- **David R. Scott**
  drscott@scott-scott.com
- **Ronnie Solomon**
  rsolomon@fenwick.com,mguidoux@fenwick.com
- **Michael Walter Stocker**
  mstocker@labaton.com,drogers@labaton.com,lmehringer@labaton.com

- **Simona Gurevich Strauss**
  sstrauss@stblaw.com,niels.melius@stblaw.com,janie.franklin@stblaw.com,
  sblake@stblaw.com
- **Stephen J. Teti**
  steti@scott-scott.com
- **Carol C. Villegas**
  cvillegas@labaton.com,mpenrhyn@labaton.com,lmehringer@labaton.com,
  acoquin@labaton.com,thoffman@labaton.com,fmalonzo@labaton.com,
  acarpio@labaton.com
- **Shawn A. Williams**
  shawnw@rgrdlaw.com,erinj@rgrdlaw.com,katerinap@rgrdlaw.com,
  e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **Michael John von Loewenfeldt**
  mvl@kerrwagstaffe.com,phan@kerrwagstaffe.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

  (No manual recipients)