| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
| | & DOWD LLP |
| 2 | SHAWN A. WILLIAMS (213113) |
| | Post Montgomery Center |
| 3 | One Montgomery Street, Suite 1800 |
| | San Francisco, CA 94104 |
| 4 | Telephone: 415/288-4545 |
| | 415/288-4534 (fax) |
| 5 | shawnw@rgrdlaw.com |
| | katerinap@rgrdlaw.com |
| 6 | |
| | *Liaison Counsel for Plaintiffs* |
| 7 | |
| | LABATON SUCHAROW LLP |
| 8 | JONATHAN GARDNER |
| | CAROL C. VILLEGAS |
| 9 | 140 Broadway |
| | New York, New York 10005 |
| 10 | Telephone: 212/907-0700 |
| | 212/818-0477 (fax) |
| 11 | jgardner@labaton.com |
| | cvillegas@labaton.com |
| 12 | |
| | *Lead Counsel for Lead Plaintiffs and the Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE VOCERA COMMUNICATIONS, INC., SECURITIES LITIGATION | ) ) ) | MASTER FILE NO. 3:13-cv-03567 EMC |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates to: | ) ) | [PROPOSED] ORDER APPROVING |
| All Actions. | ) ) | PLAN OF ALLOCATION |
| | ) ) ) ) ) ) ) ) | Date: June 23, 2016 Time: 1:30 p.m. Judge: The Hon. Edward M. Chen Dep't: 5, 17th Floor |

This matter having come before the Court on June 23, 2016, on the motion of Lead Plaintiffs for final approval of the proposed class action Settlement and approval of the proposed Plan of Allocation for the net proceeds of the Settlement; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

MASTER FILE NO. 3:13-CV-03567 EMC
[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement, dated as of January 14, 2016 (the "Stipulation"), and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class who have not timely and validly requested exclusion.

3. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to persons and entities who are Settlement Class Members, advising them of the proposed Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation.

4. [There were no objections to the Plan of Allocation.]

5. The Court hereby finds and concludes that the Plan of Allocation for the calculation of claims that is set forth in the Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses (the "Notice") disseminated to class members provides a fair and reasonable basis upon which to allocate the net settlement proceeds among class members.

6. The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is, in all respects, fair and reasonable and the Court hereby approves the Plan of Allocation.

Dated: 7/29, 2016

Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE